IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA в ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

**CASE NO.:6:07 CV 1484-ORL-22-DAB**

v.

CAPITAL ONE SERVICES INC.,
TSYS TOTAL DEBT MANAGEMENT, and
REGIONAL ADJUSTMENT BUREAU INC.,

**Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint**

    Defendants.
_____/

## DEFENDANT TSYS TOTAL DEBT MANAGEMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE PLAINTIFF'S COMPLAINT

COMES NOW Defendant, TSYS TOTAL DEBT MANAGEMENT, by and through its undersigned counsel, and respectfully moves the Court for entry of an Order permitting Defendant an extension of time up to and including October 19, 2007 to respond to the Complaint, and as grounds states as follows:

1.     A response to the Complaint is due to be served on October 10, 2007.

2.     The additional time is requested for the purpose of allowing the undersigned counsel time to analyze the allegations of the Complaint and review all relevant documentation.

3.     Pursuant to Local Rule 3.01(g), counsel for the Plaintiff (pro se) has been contacted and he has graciously agreed to extend the date for a response to be filed to October 19, 2007.

4.     A Proposed Order is attached.

WHEREFORE, Defendant, TSYS TOTAL DEBT MANAGEMENT, respectfully requests this Court for entry of an Order extending the time for responding to the Complaint up to and including October 19, 2007.

I HEREBY CERTIFY that a true and correct copy of the foregoing was **Electronically Mailed and U.S. Mail** to: **LARRY RUMBOUGH, pro se,** 840 Lilac Trace Lane, Orlando, Florida 32828 this **10th** day of **October, 2007.**

Respectfully submitted,

SCHWED MCGINLEY & KAHLE
11376 North Jog Road
Suite 101
Palm Beach Gardens, FL 33418
Telephone: (561) 694-0070
Facsimile: (561) 694-0057

By _____
Douglas A. Kahle, Esq.
Florida Bar No.: 0141194
dkahle@schwedmcginley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA в ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,                       **CASE NO.:6:07 CV 1484-ORL-22-DAB**

v.

CAPITAL ONE SERVICES INC.,
TSYS TOTAL DEBT MANAGEMENT, and
REGIONAL ADJUSTMENT BUREAU INC.,

    Defendants.
_____/

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

This cause having come before the Court on Defendant TSYS TOTAL DEBT MANAGEMENT'S Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED that said Unopposed Motion is hereby GRANTED and Defendant TSYS TOTAL DEBT MANAGEMENT shall files its response to the complaint by October 19, 2007.

DONE AND ORDERED in Chambers this _____ day of _____, 2007.

_____

Copies to:

Larry Rumbough, pro se
840 Lilac Trace Lane
Orlando, FL 32828

Douglas A. Kahle, Esq.
Schwed McGinley Kahle
11376 N. Jog Road
Suite 101
Palm Beach Gardens, FL 33418