# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

    **Plaintiff,**

**-vs-**                   **Case No. 6:07-cv-1484-Orl-22DAB**

**CAPITAL ONE SERVICES, INC.; TSYS TOTAL DEBT MANAGEMENT, INC.; and REGIONAL ADJUSTMENT BUREAU, INC.,**

    **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT (Doc. No. 4)**
>
> **FILED:** October 9, 2007
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

> **MOTION:** **UNOPPOSED MOTION TO FILE ANSWER TO COMPLAINT (Doc. No. 5)**
>
> **FILED:** October 10, 2007
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

An Amended Complaint has been filed (Doc. No. 7).

**DONE** and **ORDERED** in Orlando, Florida on October 11, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties