**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH,**

        **Plaintiff,**

v.                                              **Case No. 6:07-cv-1484-Orl-22DAB**

**CAPITAL ONE SERVICES, INC.; TSYS**
**TOTAL DEBT MANAGEMENT, INC.; and**
**REGIONAL ADJUSTMENT BUREAU, INC.,**

        **Defendants.**

**RELATED CASE ORDER**
**DIRECTED TO DEFENDANTS**

It is hereby **ORDERED** that no later than October 29, counsel for Defendants Capital One Services, Inc. and TSYS Total Debt Management, Inc. shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The Defendant(s) shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.

October 12, 2007                                              ANNE C. CONWAY
                                                               Anne C. Conway [22]
                                                         United States District Judge

Attachments:  Notice of Pendency of Other Actions [mandatory form]

Copies to:     All Counsel of Record
                 All *Pro Se* Parties

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH,**

        **Plaintiff,**

v.                            Case No.  6:07-cv-1484-Orl-22DAB

**CAPITAL ONE SERVICES, INC.; TSYS**
**TOTAL DEBT MANAGEMENT, INC.; and**
**REGIONAL ADJUSTMENT BUREAU, INC.,**

        **Defendants.**

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                  _____
                  _____
                  _____
                  _____

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated:

_____
Counsel of Record for Defendant(s)
[Address and Telephone]