IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

LARRY RUMBOUGH,

      Plaintiff,                                CASE NO.:6:07 CV 1484-ORL-22-DAB

v.

CAPITAL ONE SERVICES INC.,          Notice of Settlement between Plaintiff
TSYS TOTAL DEBT MANAGEMENT, and   and TSYS Total Debt Management
REGIONAL ADJUSTMENT BUREAU INC.,

      Defendants.
_____/

**NOTICE OF SETTLEMENT**
**BETWEEN PLAINTIFF AND TSYS TOTAL DEBT MANAGEMENT**

      COMES NOW Defendant, TSYS TOTAL DEBT MANAGEMENT, by and through its undersigned counsel, and respectfully informs this Court that this action between Plaintiff and TSYS Total Debt Management has been settled. In support of this Notice, TSYS states the following:

      1.      The parties reached a settlement on Friday, October 19, 2007.

      2.      Pursuant to the settlement agreement, Plaintiff will dismiss with prejudice the action against TSYS upon the receipt of the settlement check following the signing of the Release.

      3.      Because the settlement occurred today, the Release has not yet been signed and the settlement check has not been received by Plaintiff.

      4.      The parties anticipate the above to occur by October 26, 2007.

      5.      TSYS' response to the amended complaint is currently due on Monday, October 22, 2007. Plaintiff has agreed that due to the settlement, TSYS does not need to respond by October 22, 2007. Accordingly, unless the Court directs otherwise, TSYS does not intend to respond to the amended complaint by October 22, 2007.

I HEREBY CERTIFY that a true and correct copy of the foregoing was **Electronically Mailed and delivered via U.S. Mail** to: **LARRY RUMBOUGH, pro se,** 840 Lilac Trace Lane, Orlando, Florida 32828 this **19th** day of **October, 2007.**

        Respectfully submitted,

        SCHWED MCGINLEY & KAHLE
        11376 North Jog Road
        Suite 101
        Palm Beach Gardens, FL 33418
        Telephone: (561) 694-0070
        Facsimile: (561) 694-0057

By _____
        Douglas A. Kahle, Esq.
        Florida Bar No.: 0141194
        dkahle@schwedmcginley.com