UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2007 OCT 29 PM 3: 38

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LARRY RUMBOUGH,

Plaintiff,

Case No. 6:07-cv-1484-Orl-22DAB

-vs-

CAPITAL ONE SERVICES, INC.,
TSYS TOTAL DEBT MANAGMENT,
REGIONAL ADJUSTMENT BUREAU, INC.,

Defendants.

### PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff, Larry Rumbough, hereby responds to the Court's Order to Show Cause of October 12, 2007, and states:

1. Plaintiff responded to the Related Case Order (Doc. #2) and the Interested Persons Order (Doc. #3) by filing NOTICE OF PENDENCY OF OTHER ACTIONS and CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT on October 5, 2007.

2. Plaintiff certifies that he filed these documents at the drop box at the Courthouse on that date between 4:54 p.m. and 4:55 p.m. after they were time stamped.

3. Plaintiff does not know why the documents were not entered by the Clerk's Office but notes that the Plaintiff's Amended Complaint filed at the same time was not entered until October 10, 2007, five days later.

4. Plaintiff did not keep a copy of NOTICE OF PENDENCY OF OTHER ACTIONS and did keep an unsigned copy of CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT.

5. Plaintiff submits copies of those documents herewith and respectfully requests that the Court accept these as having been properly filed on October 5, 2007.

Dated: October 29, 2007

Respectfully submitted,

*Larry Rumbough*
LARRY RUMBOUGH
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been delivered by U.S. Mail delivery to: Sara F. Hollady-Tobias, 50 N. Laura Street, Suite 3300, Jacksonville, FL 32202 this 29th day of October, 2007.

*Larry Rumbough*
LARRY RUMBOUGH
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH,**

                 Plaintiff,

v.                                                                                  Case No. 6:07-cv-1484-Orl-22DAB

**CAPITAL ONE SERVICES, INC.; TSYS TOTAL DEBT**
**MANAGEMENT, INC.; and REGIONAL ADJUSTMENT**
**BUREAU, INC.,**

                 Defendants.

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

____ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

✓ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: October 29, 2007

*Larry Rumbough*
Counsel of Record or *Pro Se* Party
[Address and Telephone]

840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH
    Plaintiff

Case No. 6:07-cv-1484-Orl-22DAB

-v-

CAPITAL ONE SERVICES, INC.,
TSYS TOTAL DEBT MANAGEMENT,
REGIONAL ADJUSTMENT BUREAU, INC.,
    Defendants

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Unknown

2.) the name of every other entity whose public-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Unknown

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Unknown

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Larry Rumbough

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: October 5, 2007

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859