NIGHT DROP
~~RECEIVED~~

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

2007 NOV -1 PM 4: 48

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LARRY RUMBOUGH,

Plaintiff,

Case No. 6:07-cv-1484-Orl-22DAB

-vs-

CAPITAL ONE SERVICES, INC.,
TSYS TOTAL DEBT MANAGMENT,
REGIONAL ADJUSTMENT BUREAU, INC.,

Defendants.

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE AS TO TSYS TOTAL DEBT MANAGEMENT

Plaintiff, Larry Rumbough, respectfully informs the Court that the matter between Plaintiff and Defendant TSYS has been settled. Plaintiff has signed a Release and has received the settlement check from TSYS. Accordingly, pursuant to the Release, Plaintiff dismisses with prejudice TSYS from this action.

Dated: November 1, 2007

Respectfully submitted,

*Larry Rumbough*
LARRY RUMBOUGH
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 1st day of November by U.S. Mail delivery to:

Douglas A. Kahle
Schwed McGinley Kahle LLC
11376 N. Jog Road, Suite 101
Palm Beach Gardens, FL 33418

Sara F. Holladay-Tobias
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202


*Larry Rumbough*
_____
LARRY RUMBOUGH
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859