**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,

        Plaintiff,

v.

        Case No. 6:07-cv-1484-Orl-22DAB

CAPITAL ONE SERVICES, INC.,
TSYS TOTAL DEBT MANAGEMENT,
REGIONAL ADJUSTMENT BUREAU, INC.,

        Defendants.

### PLAINTIFF'S RESPONSE TO DEFENDANT CAPITAL ONE SERVICES INC.'S MOTION TO DISMISS

Plaintiff, Larry Rumbough, hereby responds to Defendant Capital One Services, Inc.'s Motion to Dismiss of October 24, 2007, and states:

1. Defendant Capital One claims that Plaintiff has failed to sue the proper party. However, Plaintiff has received several letters from Capital One Services, Inc. attempting to collect on the alleged debt. Further, the account is being reported to at least one of the credit reporting agencies under "Capital One Services." These actions are the basis for a portion of Plaintiff's claims.

2. Regardless of which entity maintains credit card accounts, the issue is which entity violated provisions of the Fair Debt Collection Practices Act, the Florida Consumer Collection Practices Act, and/or the Fair Credit Reporting Act. In fact, if Capital One Services, Inc. does not maintain credit card accounts but merely services the alleged debt for another entity, then they are subject to all three of these laws.

3. Plaintiff was not previously aware of the relationship between Capital One Services, Inc., which apparently services credit card accounts, and Capital One Bank, which apparently maintains credit card accounts. Now that Defendant Capital One Services, Inc. has somewhat clarified the situation, Plaintiff agrees that it would be appropriate to file a more definite statement. Plaintiff also asserts that it is appropriate to add Capital One Bank as a Defendant based on its own violations of Federal and Florida law.

WHEREFORE, Plaintiff requests that the Court deny Defendant Capital One Services, Inc.'s Motion to Dismiss the Amended Complaint, require Plaintiff to file a more definite statement in the form of a Second Amended Complaint, and allow Plaintiff to add Capital One Bank as a Defendant.

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 21st day of November by U.S. Mail delivery to:

Sara F. Holliday-Tobias
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202

John L. Morrow
Conroy, Simberg, Ganon, Krevans, Abel,
Lurvey, Morrow & Schefer, PA
Two S. Orange Avenue, Suite 300
Orlando, FL 32801

_/s/ Larry Rumbough_
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859