

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH
    Plaintiff,

Case No. 6:07-cv-1484-Orl-22DAB

-v-

CAPITAL ONE BANK,
CAPITAL ONE SERVICES, INC.
    Defendants.

## PLAINTIFF'S RESPONSE TO DEFENDANTS CAPITAL ONE SERVICES, INC'S AND CAPITAL ONE BANK'S MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION

Plaintiff, Larry Rumbough, hereby responds to Defendants Capital One Services, Inc's and Capital One Bank's Motion to Dismiss for Failure to State a Cause of Action of March 24, 2008, and states:

1. Upon review of Defendants Capital One Services, Inc.'s (COS) and Capital One Bank's (COB) legal arguments, Plaintiff agrees that the Court should dismiss from Plaintiff's Second Amended Complaint exclusively that portion of Count II alleging violations of Fla. Stat. § 559.72(6), and those portions of Counts III and IV alleging violations of U.S.C. § 1681s-2(a).

2. It should be noted that Defendants do not deny any of Plaintiff's allegations and are only relying on a technicality that prevents Plaintiff from seeking enforcement through the Court. Defendant COB continues to report false information regarding Plaintiff's account to at least two of the credit reporting agencies. It also refuses to report the account as being in dispute despite having received numerous requests from Plaintiff to do so. Its bad faith in willfully violating those portions of the FCRA requiring that

disputed items be marked as "in dispute," knowing that Plaintiff has no immediate recourse, seems designed to punish Plaintiff for asserting his legal rights.

Dated: April 17, 2008

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 17th day of April, 2008 by e-mail to sfhollad@mcguirewoods.com and by U.S. Mail delivery to:

Sara F. Holladay-Tobias
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859