# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION



LARRY RUMBOUGH
    Plaintiff,

-v-

Case No. 6:07-cv-1484-Orl-22DAB

CAPITAL ONE BANK,
CAPITAL ONE SERVICES, INC.
    Defendants.

## PLAINTIFF'S MOTION FOR JUDGEMENT ON THE PLEADINGS

Plaintiff, Larry Rumbough, moves for Judgment on the Pleadings pursuant to Fed.R.Civ.P.12(c). As grounds therefor, Plaintiff states as follows:

1. In response to Plaintiff's Second Amended Complaint, Defendants Capital One Bank (COB) and Capital One Services (COS), filed a Motion to Dismiss for Failure to State a Claim. However, that motion was only a partial one in nature and related only to certain narrow allegations of the Complaint. Plaintiff has responded to that motion.

2. In that motion Defendants COB and COS failed to answer or otherwise respond to any of the factual allegations in Plaintiff's Second Amended Complaint. Defendants COB and COS also failed to answer or otherwise respond to the allegations in Counts I-IV except for the specific portions for which they seek dismissal.

3. Fed.R.Civ.P.8(d) states that "Averments in a pleading to which a responsive pleading is required, other than those as to the amount of damage, are admitted when not denied in the responsive pleading." Therefore, Defendants COB and COS have in effect admitted all of the factual allegations in Plaintiff's Second Amended Complaint and the allegations in Counts I-IV except for the specific portions for which they seek dismissal.

4. If this motion is not granted, Plaintiff will be prejudiced because Defendant COB continues, in bad faith, to report false and derogatory information to at least two of the credit reporting agencies. This is despite the fact that Defendant COB has repeatedly claimed, as has Defendant COS, that it cannot locate information regarding Plaintiff's account. Since the filing of this action Defendants COB and COS have, through their attorney, repeatedly promised Plaintiff to conduct a complete investigation of Plaintiff's allegations and make any necessary corrections to its reporting. No results have been forthcoming and the derogatory reporting continues. Allowing Defendants to answer Plaintiff's Complaint far beyond the deadline without any claim of excusable neglect will likely ensure that Defendants will continue to violate the law at Plaintiff's expense.

WHEREFORE, Plaintiff requests that the Court enter a Judgment on the Pleadings pertaining to Plaintiff's Second Amended Complaint, to deem admitted by Defendants COB and COS all of the Complaint's factual allegations, to deem adjudicated violations of the FDCPA for the entirety of Count I pertaining to Defendant COS, to deem adjudicated violations of Fla. Stat. § 559.72(9) of Count II by Defendants COB and COS, to deem adjudicated violations of all portions of U.S.C. § 1681s-2(b) of Counts III and IV by Defendants COB and COS, and to order that Defendants COB and COS immediately cease reporting any derogatory information regarding Plaintiff to any credit reporting agency.

Dated: April 17, 2008

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 17th day of April, 2008 by e-mail to sfhollad@mcguirewoods.com and by U.S. Mail delivery to:

Sara F. Holladay-Tobias
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859